# Exhibit F

**BARNES&THORNBURG**LLP

One North Wacker Drive, Suite 4400
Chicago, IL 60606-2833 U.S.A.
(312) 357-1313
Fax (312) 759-5646

Philip A. Jones
Partner
(312) 338-5915
pjones@btlaw.com

www.btlaw.com

July 11, 2017

**Via UPS**

Mr. Lynnwood Bibbens
CEO
ReachMe.TV
1480 Vine Street
Suite 2002
Los Angeles, CA 90028

  Re: **REACHME.TV Trademark**

Dear Mr. Bibbens:

We are intellectual property counsel for Weigel Broadcasting Co. ("Weigel"), the owner of the METV television network. It has come to Weigel's attention that you have started a digital TV entertainment network under the name REACHME.TV. As set forth below, Weigel believes that the use of the REACHME.TV trademark by your business violates Weigel's trademark rights, and damages Weigel's METV mark.

  1. **Weigel And Its MeTV Mark.**

Weigel owns, and has for many years operated, a national television network under the mark METV. The METV network is the leading classic television network in the United States, and is broadcast in approximately 175 markets. The METV network provides viewers with both original content as well as content obtained from other national networks. Weigel also provides streaming services under the METV mark through online sites and a mobile app. Use of Weigel's mark can be found on its website at www.metv.com.

Weigel has expended significant resources developing and promoting its television broadcasting and streaming services under its METV mark. As a result, the METV mark is extremely well-known among members of the consuming public and has developed significant goodwill.

Weigel owns several federal trademark registrations for its METV mark. Copies of the trademark registration certificates are attached at Tab A. Weigel's right to use the METV mark in commerce is incontestable pursuant to 15 U.S.C. § 1065.

Mr. Lynnwood Bibbens
CEO
ReachMe.TV
July 11, 2017

### 2. REACHME.TV.

Weigel has learned that you have recently started a business under the REACHME.TV name, which your website describes as "a multi-channel, digital TV entertainment network and integrated global distribution platform." (See Tab B). In addition, your website, which is accessible through the domain name <reachme.tv>, claims that REACHME.TV "features thousands of hours of premium, HD programming from our studios and other premium providers." (*Id.*) On June 22, 2017, your company announced that it is partnering with CBS Television to launch an in-airport entertainment network. (See Tab C). We also understand that REACHME.TV is available to hotel patrons in a number of locations.

Weigel believes that your company's use of REACHME.TV in connection with its services is likely to cause consumer confusion, which will irreparably harm Weigel's METV mark. The use of Weigel's exact mark, METV, within your company's mark is likely to make consumers believe that your company's services are authorized by, sponsored by, approved by, or somehow affiliated with Weigel's METV network, when that is not the case. The term REACH is merely a modifier of the METV element of your mark, indicating to consumers that this is a new way to reach the content that is available through the METV network. Further, because the traditional modes of accessing television content are changing, consumers are used to finding their television networks available through new modes, such as in the airport. Weigel believes that REACHME.TV's actions may constitute trademark infringement and unfair competition in violation of federal and state law, thereby exposing your company to injunctive relief and monetary relief in the form of damages, profits and attorney fees.

Weigel takes the protection of its trademarks very seriously. Weigel is concerned that your plans to expand the use of the REACHME.TV mark, such as the recently announced in-airport entertainment network, will harm the goodwill it has spent many years developing in its METV mark.

Weigel therefore demands that you agree in writing to:

(1) Permanently cease use of the REACHME.TV mark;

(2) Take down the website operated at www.reachme.tv and transfer the <reachme.tv> domain name to Weigel; and

(3) Adopt a new mark that is not confusingly similar to METV or any other mark owned by Weigel.

BARNES&THORNBURG LLP

Mr. Lynnwood Bibbens
CEO
ReachMe.TV
July 11, 2017

Please confirm by no later than **July 18, 2017**, that you will comply with the foregoing requests. If you have any questions, please have your counsel contact the undersigned. This letter is sent pursuant to FRE § 408 and does not waive any of Weigel's rights in this matter, all of which are expressly reserved.

Sincerely,

*[signature]*

Philip A. Jones

DMS 10624907v1

BARNES&THORNBURG LLP

# Tab A

# United States of America
## United States Patent and Trademark Office

# METV

| | |
|---|---|
| **Reg. No. 3,902,686** | WEIGEL BROADCSTING CO. (ILLINOIS CORPORATION) |
| **Registered Jan. 11, 2011** | 26 N. HALSTED STREET<br>CHICAGO, IL 60661 |
| **Int. Cl.: 38** | FOR: TELEVISION BROADCASTING BOTH DIRECTLY OVER THE AIR AND VIA RETRANSMISSION OVER CABLE AND SATELLITE NETWORKS; TRANSMISSION AND DISTRIBUTION OF AUDIO AND VIDEO CONTENT STREAMED OVER COMPUTER NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104). |
| **SERVICE MARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 1-1-2005; IN COMMERCE 1-1-2005. |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SER. NO. 77-857,939, FILED 10-27-2009. |
| | HOWARD FRIEDMAN, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



Reg. No. 3,902,687
Registered Jan. 11, 2011
Int. Cl.: 38

SERVICE MARK

PRINCIPAL REGISTER

WEIGEL BROADCSTING CO. (ILLINOIS CORPORATION)
26 N. HALSTED STREET
CHICAGO, IL 60661

FOR: TELEVISION BROADCASTING BOTH DIRECTLY OVER THE AIR AND VIA RE-TRANSMISSION OVER CABLE AND SATELLITE NETWORKS; TRANSMISSION AND DISTRIBUTION OF AUDIO AND VIDEO CONTENT STREAMED OVER COMPUTER NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 1-1-2005; IN COMMERCE 1-1-2005.

THE MARK CONSISTS OF THE WORDING "TV" INSIDE OF A RECTANGLE WHICH IS INSIDE OF A LARGER RECTANGLE WITH THE WORDING "ME".

SER. NO. 77-857,941, FILED 10-27-2009.

HOWARD FRIEDMAN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# METVFM

**Reg. No. 4,965,655**
**Registered May 24, 2016**

**Int. Cl.: 38**

**SERVICE MARK**

**PRINCIPAL REGISTER**

WEIGEL BROADCASTING COMPANY (ILLINOIS CORPORATION)
26 N. HALSTED STREET
CHICAGO, IL 60661

FOR: RADIO BROADCASTING; INTERNET RADIO SERVICES, NAMELY, TRANSMISSION OF AUDIO MATERIAL IN THE FIELD OF MUSIC VIA THE INTERNET; STREAMING OF AUDIO CONTENT FEATURING MUSIC VIA THE INTERNET, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 2-20-2015; IN COMMERCE 2-20-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,902,686, 3,902,687, AND 4,586,661.

SN 86-502,269, FILED 1-13-2015.

SAIMA MAKHDOOM, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# Tab B

Tab B



Document title: ReachMeTV
Capture URL: http://reachme.tv/about/
Capture timestamp (UTC): Mon, 10 Jul 2017 20:34:30 GMT
Page 1 of 6





REACHME.TV
TEAM
CONTACT
PRESS
REACHME.TV
A NEW TYPE OF NETWORK
ReachMe.TV is a multi-channel, digital TV entertainment network and integrated global distribution platform built from the ground up to reach modern viewers on the go.
REACHME.TV
FEATURING ON LOCATION ENTERTAINMENT
ReachMe.TV features thousands of hours of premium, HD programming from our studios and other premium providers.
REACHME.TV
REACHING MILLIONS OF VIEWERS ON THE
We reach hundreds of millions of viewers every month where they gather, shop, relax and connect, with dynamically distributed, in-screen TV quality entertainment...

## REACHING MILLIONS OF VIEWERS ON THE GO

We reach hundreds of millions of viewers every month where they gather, shop, relax and connect, with dynamically distributed, in-screen TV quality entertainment...

REACHME.TV

## STARTING WITH THE SCREEN NEAREST YOU

Our fully-integrated distribution platform puts our content on a screen near you... on a screen by screen basis mapped to the specific interests, spending habits and dwell time of our viewers.

REACHME.TV

## AND CONNECTING FROM OUR SCREENS TO YOURS!

Don't leave without us! Through our proprietary synchronized integration app we reach beyond the screen providing our on-location viewers access to extended versions of our channels and content on their personal mobile devices.



## WE REACH VIEWERS WHERE COMMERCE OCCURS

Our viewership are the mobile, active, influencers... decision-makers representing billions of dollars of purchasing power... spent in and around the locations where they view our programming.

## WE DELIVER CONTENT

We produce our own content and have also developed long term deals with some of the top content providers in the world from television, film and digital. We can choose from thousands of hours of third party HD quality content as well as our own productions to match the programming to the screen... on a screen by screen basis!

Document title: ReachMeTV
Capture URL: http://reachme.tv/about/
Capture timestamp (UTC): Mon, 10 Jul 2017 20:34:30 GMT





# REACHME.TV

## WE DELIVER REACH

We reach millions of viewers every month where they gather, shop, relax, explore and connect...

REACHME.TV

## WE CONNECT THE SCREENS YOU PASS...

We are the screens where you go... the screens where you hang out... the screens where you shop, the screens where you travel... the screens where you do business... the screens where you connect...

REACHME.TV

## WITH THE SCREEN IN THE PALM OF YOUR HAND

We bring you cool content where you are... and we let you take it with you! Thousands of hours of the most informative, motivational, outrageous... content so visually compelling... you will listen... with your eyes!

Document title: ReachMeTV
Capture URL: http://reachme.tv/about/
Capture timestamp (UTC): Mon, 10 Jul 2017 20:34:30 GMT

# WITH THE SCREEN IN THE PALM OF YOUR HAND

We bring you cool content where you are... and we let you take it with you! Thousands of hours of the most informative, motivational, outrageous... content so visually compelling... you will listen... with your eyes!

REACHME.TV

# WE ARE THE NEW NETWORK

We are one, cohesive, centrally managed and dynamically programmed platform, with unique content designed to match the interest and intent of the viewer... and reach them wherever they go.

REACHME.TV

**WHERE YOU GO... THERE WE ARE!**

# Tab C

# CBS TELEVISION STATIONS AND REACHME.TV FORM MULTI-YEAR STRATEGIC ALLIANCE WITH THE LAUNCH OF REACHME.TV IN-AIRPORT MOBILE ENTERTAINMENT NETWORK



**Service Will Feature Local News, Sports and Weather Programming from CBS Television Stations and Additional Content from Other Divisions of CBS Corporation**

**CBS Television Stations Will Exclusively Manage Advertising Sales**

LOS ANGELES – June 22, 2017 – ReachMe.TV and CBS Television Stations, a division of CBS Corporation, announced today a 10-year exclusive partnership to coincide with the upcoming launch of ReachMe.TV's In-Airport Entertainment Network. This new mobile entertainment network will appear on thousands of screens across the top 50 airports in the United States and Canada, with a reach of more than 70 million viewers per month, and enable viewers in airports to sync their phones or tablets with airport screens and take the content with them.

CBS Television Stations and ReachMe.TV will provide travelers with entertainment, news and sports programming, including local news, weather and sports reports provided by CBS Television Stations; programming from other divisions of CBS Corporation, such as CBSN, CBS News' 24/7 digital streaming news service, and film and television highlight packages from ENTERTAINMENT TONIGHT, the #1 syndicated entertainment news magazine in the world; and ReachMe.TV's original series and specials.

"As the demand for out-of-home access to our content continues to grow, we look forward to connecting with our loyal viewers in new and exciting ways," said James Sullivan, President of Sales, CBS Television Stations. "Our partnership with ReachMe.TV will allow CBS Television Stations to vastly expand its reach to include the more than 1.4 billion people per year who travel through the top 50 airports, and continue that relationship on their personal devices. We believe there is no other market that combines this level of reach with such a highly sought-after demographic."

"Given the sheer scale and scope of our reach, we wanted to rethink how increasingly mobile audiences are being targeted, as well as how mobile media is packaged and sold," said ReachMe.TV co-founder & CEO Lynnwood Bibbens. "This partnership puts an experienced nationwide sales force at our disposal, enabling us to focus on building and programming our network, while working with CBS Television Stations to package programming and advertising in new and unique ways."

"We designed ReachMe.TV with a broadcast network partner in mind, and from our first meeting with Jim, it was clear that CBS Television Stations was that partner," said ReachMe.TV Co-Founder Ron Bloom. "We built ReachMe.TV to reach audiences at scale, with an eye toward reaching viewers when they are on the go and building relationships that 'reach' from our screens to the screens in the palms of their hands. We speak the same language as CBS Television Stations, distribute at the same scale, but now with America's Most Watched Network stations group, it's as good as it gets!"

ReachMe.TV has developed an end-to-end content production and distribution platform that enables the company to program screens in public places with fresh content delivered from the cloud. The company's landmark deals with CBS Television Stations, infrastructure providers and partners in airports give ReachMe.TV immediate access to the top 50 U.S. airports, with a combined reach of over 70 million monthly travelers. Bibbens and Bloom are rolling out the platform to thousands of screens in airports in the U.S. and expect to expand globally later this year. The company is putting the finishing touches on its own production studio in the heart of Hollywood and is programming its network with a growing mix of CBS Television Stations programming, ReachMe.TV original content, and programming from some of the top producers and outlets around the world. Co-Founders Bibbens and Bloom will announce more production and distribution deals in the near future.

**About REACHME.TV**

ReachMe.TV is a 24/7, multi-channel, digital entertainment network and integrated global distribution platform that connects public screens in high-traffic, high-value areas such as airports, retail stores and hotels, delivering the newest entertainment to viewers on the go. With 5,000+ public screens, the ReachMe.TV channel can be seen in the top 50 airports in the United States, is featured in nearly 600,000 hotels rooms nation-wide and by the end of 2017, will be seen in over 1 million hotel rooms across the United States. ReachMe.TV was built from the ground up with

innovative technology that connects the screens viewers pass to the screens in the palms of their hands, allowing them to take the content with them. Programming includes hundreds of hours of prime time content, sports, specials, news and current events, along with a broad array of digital content from some of the top producers and networks in the world.

**About CBS Television Stations**

CBS Television Stations consists of 29 owned-and-operated stations, including 16 that are part of the CBS Television Network, eight affiliates of The CW Network, three independent stations and two MyNetworkTV affiliates. Among its stations are WCBS-TV and WLNY-TV (New York), KCBS-TV and KCAL-TV (Los Angeles), WBBM-TV (Chicago), KYW-TV and WPSG-TV (Philadelphia), KTVT-TV and KTXA-TV (Dallas-Ft. Worth), KPIX-TV and KBCW-TV (San Francisco), WBZ-TV and WSBK-TV (Boston), WUPA-TV (Atlanta), WWJ-TV and WKBD-TV (Detroit), WTOG-TV (Tampa-St. Petersburg), KSTW-TV (Seattle), WCCO-TV (Minneapolis), KCNC-TV (Denver), WFOR-TV and WBFS-TV (Miami), KOVR-TV and KMAX-TV (Sacramento), KDKA-TV and WPCW-TV (Pittsburgh), WJZ-TV (Baltimore), as well as WCCO-TV's satellite stations KCCO-TV (Alexandria, Minn.) and KCCW-TV (Walker, Minn.).

\* \* \*

Press Contact:

Mike Nelson                   818-655-2156                   mjnelson@cbs.com